Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered October 3, 2014. The judgment convicted defendant, upon a jury verdict, of falsifying business records in the first degree and petit larceny.
 

 It is hereby ordered that the judgment so appealed from is unanimously affirmed.
 

 Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of falsifying business records in the first degree (Penal Law § 175.10) and petit larceny (§ 155.25). Viewing the evidence in light of the elements of the crimes as charged to the jury (see People v Danielson, 9 NY3d 342, 349 [2007]), we reject defendant’s contention that the verdict is against the weight of the evidence (see generally People v Bleakley, 69 NY2d 490, 495 [1987]).
 

 Defendant correctly concedes that he failed to preserve for our review his contention that he was denied a fair trial based upon misconduct by the prosecutor on summation {see CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (see CPL 470.15 [6] [a]; People v Smith, 129 AD3d 1549, 1549-1550 [4th Dept 2015], lv denied 26 NY3d 971 [2015]).
 

 Present—WTialen, P.J., Centra, Peradotto, Lindley and Winslow, JJ.